UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 03 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| STEVEN ALAN LEVIN,<br><br>    Plaintiff - Appellant<br><br>v.<br><br>UNITED STATES OF AMERICA; FRANK M. BISHOP, LCDR, MC, USNR 3855,<br><br>    Defendants - Appellees<br><br> and<br><br>ROBERT WRESCH,<br><br>    Movant - Appellee | No. 09-16362<br><br>D.C. No. 1:05-cv-00008<br>U.S. District Court of Guam<br><br>**MANDATE** |

On Remand From The United States Supreme Court

The judgment of this Court, entered May 23, 2013, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                          FOR THE COURT:
                                          Molly C. Dwyer
                                          Clerk of Court

                                          Rhonda Roberts
                                          Deputy Clerk